UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,

    -against-

ROCK E SMALL PLUMBING & HEATING
INC,

                Defendant.
-----------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
24-CV-8291 (CBA) (JRC)

**AMON, United States District Judge:**

On December 12, 2024, Plaintiff brought this action against Rock E Small Plumbing & Heating Inc ("RES Plumbing"), seeking to recover an unpaid premium owed under its insurance policy as well as pre-judgement interest. (See ECF Docket Entry ("D.E.") # 1 at 4-6.) Since the commencement of this litigation, Defendant has failed to make an appearance or otherwise respond to the complaint, despite being properly served all required papers. (D.E. # 7.) On March 12, 2025, Plaintiff moved for default judgment. (D.E. # 12.) Before me now is the Report and Recommendation of the Honorable James R. Cho, United States Magistrate Judge, concerning Plaintiff's motion. (D.E. # 20 ("R&R").) Neither party has objected to Judge Cho's R&R, and the time for doing so has passed.

**DISCUSSION**

When deciding whether to adopt an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)).

1

Neither party has objected to the R&R, and the time for doing so has passed. After reviewing the record and finding no clear error, I adopt the R&R in full. Therefore, I grant Plaintiff's motion for a default judgment and award Plaintiff $101,102 on its breach of contract claim, and pre-judgement interest at the rate of $24.93 per day from October 23, 2024 through the date of entry of judgment. I also agree that Plaintiff has abandoned the Complaint's Second and Third Causes of Action—asking the court to declare that it has no obligation to defend and indemnify Defendant—because Plaintiff did not advance any arguments about these claims in its motion for default judgement. (See D.E. # 12-10.) I therefore dismiss these two causes of action without prejudice. The Clerk of Court is respectfully directed to enter judgment consistent with this Order and to close the case.

SO ORDERED.                                           s/Carol Bagley Amon

Dated: March 23, 2026
       Brooklyn, New York

       _____
       Carol Bagley Amon
       United States District Judge

2